MICHAEL ANGLEY, an Infant, by His Guardian ad Litem, JAMES HENRY' Respondent, v. BUSH TERMINAL COMPANY, Appellant.— Judgment unanimously

affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.